UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| ELLEN MARIE CRUME-BROWN,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 6:22-CV-01650-JR<br><br>**ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

The Court having approved the stipulation of the parties, IT IS ORDERED that Plaintiff be awarded attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in the amount of SIX THOUSAND SEVEN HUNDRED NINETY-SIX DOLLARS AND SIXTY CENTS ($6,796.60) pursuant to 28 U.S.C. § 2412(d) and no costs or expenses pursuant to 28 U.S.C. § 1920.

DATED: 7/19/2024

/s/ Jolie A. Russo
HON. JOLIE A. RUSSO
UNITED STATES MAGISTRATE JUDGE

Submitted by:
John Metsker, Esq.
California State Bar No. 268977
THE METSKER LAW FIRM
P.O. Box 590881
San Francisco, CA 94159
Phone: 866-342-6180
Fax: 415-500-4081
jmetsker@metskerlaw.com
*Counsel for Plaintiff, Admitted Pro Hac Vice*

Order for EAJA Fees